# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of September, two thousand twenty.

Before:      Michael H. Park,
                   *Circuit Judge.*

Bakhodir Sabitovich Madjitov,

         Plaintiff - Appellant,

v.

United States of America,

         Defendant - Appellee,

FNU Aguilera, Ammar Syed, FNU Goriah,

         Defendants.

**ORDER**

Docket No. 20-3182

      Appellant moves for a stay of removal pending adjudication of his appeal of the district court's denial of his motion for a temporary restraining order and preliminary injunction.

      IT IS HEREBY ORDERED that, to the extent Appellant requests a temporary or administrative stay pending decision on the motion by a three-judge panel, that request is DENIED. The motion for a stay pending appeal will be determined by a motions panel in the ordinary course.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09-21-2020